OPINION — AG — ** SICK LEAVE — EFFECTIVE DATE — TEACHERS ** UNDER THE DEFINITION OF " SCHOOL YEAR " AS DEFINED IN THE OKLAHOMA SCHOOL CODE AT 70 O.S. 1-109 [70-1-109] AMENDED BY LAWS 1982 CH. 13, P. 54 THE EXACT CALENDAR DATE WHEN SCHOOL BEGINS IS A QUESTION TO BE DETERMINED BY THE SCHOOL DISTRICT. HOWEVER, THE SCHOOL YEAR DOES 'NOT' BEGIN, ACCORDING TO STATUTE, PRIOR TO THE COMMENCEMENT OF INSTRUCTION. (TEACHERS, BENEFITS, ILLNESS, SALARY, SCHOOL TERM, SCHOOL BOARD, INJURY) CITE: 70 O.S. 6-104 [70-6-104] 70 O.S. 1-109 [70-1-109], 25 O.S. 2 [25-2] 70 O.S. 1-104 [70-1-104] (KAY HARLEY JACOBS)